DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>WESLEY SEAN RUDMAN,<br>　　　　Defendant. | 2:11-cr-00124-RLH-LRL<br>2:09-mj-824-RJJ |

　　　　The United States, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, asks this Court to unseal the affidavit of probable cause supporting the search warrant in the above-referenced case, as of April 29, 2011, as it is no longer necessary for it to remain sealed.

　　　　DATED: This 29th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　 /s/ Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

APPROVED:

_____
United States Magistrate Judge

　　5-9-11